**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:06CR00513 ERW |
| | ) |
| EILEEN SHEPARD, | ) |
| | ) |
| Defendant(s). | ) |

**ORDER**

This matter comes before the Court on Motion for Appointment of Counsel and for and Emergency Hearing for Miscellaneous Relief [doc. #103] filed by Pro Se Defendant Eileen Shepard stating that former counsel has failed to cooperate with the Bureau of Prisons and with the United States Probation Office in the forwarding of medical records requested by the Court to determine Defendant's designation.

Defendant Eileen Shepard was sentenced by this Court on January 16, 2008, to a total term of imprisonment of 57 months. This term consists of a term of 24 months on count two, to be served consecutively to a term of 33 months on count five. This Court withheld entry of said Judgment, upon Defendant's request, until receipt of Defendant's medical records from University Hospital in Columbia, Missouri.

Upon request of the Court, Defendant's counsel, John P. Rogers, provided the Court with Defendant's medical records on March 26, 2008. On that date, Judgment was entered as set forth by this Court at the January 16, 2008 Sentencing Hearing and a copy of said Judgment along with the Defendant's medical records were delivered to the United States Marshals Service. The United States Marshals Service forwarded the Judgment along with Defendant's medical records to the Bureau of Prisons on March 27, 2008. (See doc. #102 -Fed Ex Airbill, attn: Laurie McDonald,

Designation & Sentence Computation Center). Defendant's former counsel has complied with all Orders of this Court.

**IT IS HEREBY ORDERED** that Defendant Eileen Shepard's Motion for Appointment of Counsel and for an Emergency Hearing for Miscellaneous Relief [doc. #103] is **DENIED**. Defendant shall Report to the Federal Correctional Institute in Pekin, Illinois, no later than 1:00 p.m. on September 25, 2008, as designated by the Bureau of Prisons. Upon arriving at said facility, Defendant will be examined by Bureau of Prisons' medical personnel to determine medical needs, and if necessary, transport Defendant to another facility as designated by the Bureau of Prisons at that time.

So Ordered this 15th day of September, 2008.

_____
 E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE